LOCHSLEY HALL INC., Appellant, v. FILMVIDEO RELEASING CORP., Respondent.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Tilzer, JJ.